IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS ALVARADO, et al.,

  Plaintiffs/Counter-Defendants

v.

MORGAN STANLEY DEAN WITTER,
INC., et al.,

  Defendants/Counterclaimant

CIVIL NO. 05-1149 (JP)

## FINAL JUDGMENT

The parties have advised the Court that they have settled this case.  Pursuant thereto, the Court hereby **ENTERS JUDGMENT DISMISSING THE CASE WITH PREJUDICE**.  This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 19th day of June, 2007.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

s/Harold D. Vicente-Colón

HAROLD D. VICENTE-COLON, ESQ.
Attorney for Plaintiffs

s/Sara L. Vélez-Santiago

SARA L. VELEZ-SANTIAGO, ESQ.
Attorney for Defendants